**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE ANTONIO DIAZ SICARD,

                         Plaintiffs,

         -against-

4199 CRYSTAL II RESTAURANT CORP., *doing
business as* GUADALUPE BAR, and VICTOR
POTTER,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                               <u>ORDER</u>

                            16 Civ. 5787 (GBD)

GEORGE B. DANIELS, United States District Judge:

        For the reasons stated on the record at the October 12, 2016 conference, Defendants'

motion to dismiss the Complaint is DENIED without prejudice.

        Plaintiff's application to file the proposed Amended Complaint is GRANTED.

        The Clerk of Court is directed to close the motion at ECF No. 13.

Dated: New York, New York
        October 12, 2016

                                     SO ORDERED:

                                  GEORGE B. DANIELS
                                  United States District Judge